BRANDON GREGORY BECK
MELISSA ANNE LEE
3011 MAGNOLIA PL
HATTIESBURG, MS 39402

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

FIRST PREMIER BANK

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

CENTRAL PORTFOLIO
10249 YELLOW CIR
HOPKINS, MN 55343

GENESIS FS CARD SERV
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

ACIMA
9815 S MONROE ST
SANDY, UT 84070

CONCORA CREDIT
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

GIGGLE FINANCE
3250 NE 1ST AVE
UNIT 305
MIAMI, FL 33137

AIDVANTAGE
PO BOX 300001
GREENVILLE, TX 75403

CONTINENTAL FINANCE CO
ATTN: BANKRUPTCY
PO.BOX 3220
BUFFALO, NY 12420

HATTIESBURG CLINIC
P.O. BOX 3488
TUPELO, MS 38803-3488

ALLY FINANCIAL, INC
ATTN: BANKRUPTCY
PO BOX 380901
BLOOMINGTON, IL 55438

CREDIT ONE BANK
ATTN: BANKRUPTCY DEPT
6801 CIMARRON RD
LAS VEGAS, NV 89113

HOPE FCU
1 CORPORATE DR
LAKE ZURICH, IL 60047

ASPIRE CREDIT CARD
ATTN: BANKRUPTCY
PO BOX 105555
ATLANTA, GA 30348

E-COMMISSION
11612 BEE CAVES RD.
BLDG 11 STE 200
AUSTIN, TX 78738

IMAGINE CREDIT
ATTN: BANKRUPTCY
PO BOX 105824
ATLANTA, GA 30348

AVANT
222 NORTH LASALLE ST
SUITE 1600
CHICAGO, IL 60601

FAST FUND LENDING
PO BOX 70
SOLON, IA 52333

KINUM INC

BRIDGECREST ACCEPTANCE
ATTN: BANKRUPTCY
PO BOX 53087 SUITE 100
PHOENIX, AZ 85072

FIRST DIGITAL CARD
ATTN: BANKRUPTCY
PO BOX 85650
SIOUX FALLS, SD 57118

LAURA MCKENZIE
111 PINE LN
HATTIESBURG, MS 39402

CADENCE BANK
818 HWY 12 W
STARKVILLE, MS 39759

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS, SD 57107

LVNV FUNDING LLC
ATTN: BANKRUPT
PO BOX 1269
GREENVILLE, SC 29602

| | |
|---|---|
| ML ENTERPRISE<br>245 W 17TH ST<br>NEW YORK, NY 10011 | TOWER LOAN<br>ATTN: BANKRUPTCY<br>PO BOX 320001<br>FLOWOOD, MS 39232 |
| MONEYLION, INC<br>ATTN: BANKRUPTCY DEPT<br>P.O. BOX 1547<br>SANDY, UT 84091 | TRIVERITY<br>26263 FOREST BLVD<br>WYOMING, MN 55092 |
| NELNET<br>PO BOX 82561<br>LINCOLN, NE 68501 | TRUSTMARK<br>P O BOX 291<br>JACKSON, MS 39205 |

OAK GROVE CREDIT
5266 OLD HWY 11
STE 130
HATTIESBURG, MS 39402

ONEMAIN
PO BOX 1010
EVANSVILLE, IN 47706

POST LAKE LENDING
PO BOX 368
CRANDON, WI 54520

SEZZLE
ATTN: BANKRUPTCY
700 NICOLLET MALL
SUITE 640
MINNEAPOLIS, MN 55402

SPARROW FINANCIAL INC
9450 SW GEMINI DRIVE
BEAVERTON, OR 97008

TOTAL VISA
P.O. BOX 89940
SIOUX FALLS, SD 57109