# United States Bankruptcy Court
## Southern District of Mississippi

In re: **Brandon Gregory Beck / Melissa Anne Lee**, Debtor(s)

Case No. **25-51673**
Chapter **13**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **November 7, 2025**

/s/ Brandon Gregory Beck
**Brandon Gregory Beck**
Signature of Debtor

Date: **November 7, 2025**

/s/ Melissa Anne Lee
**Melissa Anne Lee**
Signature of Debtor

```
BRANDON GREGORY BECK            CAPITAL ONE                     GENESIS FS CARD SERV
MELISSA ANNE LEE                ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
3011 MAGNOLIA PL                PO BOX 30285                    PO BOX 4477
HATTIESBURG, MS 39402           SALT LAKE CITY, UT 84130        BEAVERTON, OR 97076


THOMAS C. ROLLINS, JR.          CENTRAL PORTFOLIO               GIGGLE FINANCE
THE ROLLINS LAW FIRM, PLLC      10249 YELLOW CIR                3250 NE 1ST AVE
P.O. BOX 13767                  HOPKINS, MN 55343               UNIT 305
JACKSON, MS 39236                                               MIAMI, FL 33137


ACIMA                           CONCORA CREDIT                  HATTIESBURG CLINIC
9815 S MONROE ST                ATTN: BANKRUPTCY                P.O. BOX 3488
SANDY, UT 84070                 PO BOX 4477                     TUPELO, MS 38803-3488
                                BEAVERTON, OR 97076


AIDVANTAGE                      CONTINENTAL FINANCE CO          HOPE FCU
PO BOX 300001                   ATTN: BANKRUPTCY                1 CORPORATE DR
GREENVILLE, TX 75403            PO.BOX 3220                     LAKE ZURICH, IL 60047
                                BUFFALO, NY 12420


ALLY FINANCIAL, INC             CREDIT ONE BANK                 IMAGINE CREDIT
ATTN: BANKRUPTCY                ATTN: BANKRUPTCY DEPT           ATTN: BANKRUPTCY
PO BOX 380901                   6801 CIMARRON RD                PO BOX 105824
BLOOMINGTON, IL 55438           LAS VEGAS, NV 89113             ATLANTA, GA 30348


ASPIRE CREDIT CARD              E-COMMISSION                    KINUM INC
ATTN: BANKRUPTCY                11612 BEE CAVES RD.             8200 HAVERSTICK RD, ST
PO BOX 105555                   BLDG 11 STE 200                 INDIANAPOLIS, IN 46240
ATLANTA, GA 30348               AUSTIN, TX 78738


AVANT                           FAST FUND LENDING               LAURA MCKENZIE
222 NORTH LASALLE ST            PO BOX 70                       111 PINE LN
SUITE 1600                      SOLON, IA 52333                 HATTIESBURG, MS 39402
CHICAGO, IL 60601


BRIDGECREST ACCEPTANCE          FIRST DIGITAL CARD              LVNV FUNDING LLC
ATTN: BANKRUPTCY                ATTN: BANKRUPTCY                ATTN: BANKRUPT
PO BOX 53087 SUITE 100          PO BOX 85650                    PO BOX 1269
PHOENIX, AZ 85072               SIOUX FALLS, SD 57118           GREENVILLE, SC 29602


CADENCE BANK                    FIRST PREMIER BANK              ML ENTERPRISE
818 HWY 12 W                    3820 N LOUISE AVE               245 W 17TH ST
STARKVILLE, MS 39759            SIOUX FALLS, SD 57107           NEW YORK, NY 10011
```

```
MONEYLION, INC                    TRIVERITY
ATTN: BANKRUPTCY DEPT             26263 FOREST BLVD
P.O. BOX 1547                     WYOMING, MN 55092
SANDY, UT 84091


NELNET                            TRUSTMARK
PO BOX 82561                      P O BOX 291
LINCOLN, NE 68501                 JACKSON, MS 39205


OAK GROVE CREDIT
5266 OLD HWY 11
STE 130
HATTIESBURG, MS 39402


ONEMAIN
PO BOX 1010
EVANSVILLE, IN 47706


POST LAKE LENDING
PO BOX 368
CRANDON, WI 54520


SEZZLE
ATTN: BANKRUPTCY
700 NICOLLET MALL
SUITE 640
MINNEAPOLIS, MN 55402


SPARROW FINANCIAL INC
9450 SW GEMINI DRIVE
BEAVERTON, OR 97008


TOTAL VISA
P.O. BOX 89940
SIOUX FALLS, SD 57109


TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232
```