United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                  Case No. 25-51673-KMS

Brandon Gregory Beck                                                                    Chapter 13

Melissa Anne Lee

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                            User: mssbad                                    Page 1 of 2

Date Rcvd: Nov 07, 2025                         Form ID: dn013                                  Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Brandon Gregory Beck, Melissa Anne Lee, 3011 Magnolia Pl, Hattiesburg, MS 39402-2431 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2025                  Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Melissa Anne Lee trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Brandon Gregory Beck trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-6        User: mssbad        Page 2 of 2

Date Rcvd: Nov 07, 2025        Form ID: dn013        Total Noticed: 1

TOTAL: 4

Form dn013 (Rev. 10/19)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:**   Brandon Gregory Beck     **Case No.** 25−51673−KMS
Melissa Anne Lee

**Chapter** 13

**To:**   Thomas C. Rollins, Esq.

### Notice of Deficiency

The following creditors:

First Premier Bank
Kinum Inc

☐   are listed in the schedules (Dkt. #), but not listed on the list of creditors ("Mailing Matrix") (Dkt. #).

☑   are listed on the Mailing Matrix (Dkt. #5 ) with no address.

☐   are listed on the Amended Mailing Matrix (Dkt. #), but not listed on the original Mailing Matrix (Dkt. #).

☐

**Therefore**, you must:

☑   File an Amended Mailing Matrix:

    ☐   adding the creditor(s) listed in the schedules, but not provided on the Mailing Matrix.

    ☑   adding the complete address for the creditor listed with missing information.

☑   Pay the required $ 34.00 filing fee.

Additionally, if the Court issues the *Notice of Meeting of Creditors* before your compliance with this notice, Miss. Bankr. L.R. 1009−1 requires that you:

1.   Notify the affected creditors that they have been added to the mailing matrix. Attach a copy of the notice scheduling the meeting of creditors and notice of **any other significant deadlines** for which notice has already been given, such as deadlines for filing complaints to determine the dischargeability of a debt if applicable.

    ☐   Chapter 7 − *See Local Form A7−2, Notice to Creditors Added to Debtor(s) Creditor List/Matrix at www.mssb.uscourts.gov.*

    ☑   Chapter 13 − *See Local Form A13−2, Notice to Creditors added to Debtor(s) Creditor list/Matrix at www.mssb.uscourts.gov.*

2.   Serve and file a *Notice of Amendment* (local form).

You should carefully review the schedules and Mailing Matrix to ensure you have complied with Fed. R. Bankr. P. 1007(a)(1). Failure to correct the above deficiency, on or before **November 21, 2025** , may result in a show cause hearing why sanctions should not be imposed for failure to comply with Fed. R. Bankr. P. 1007(a)(1).

Dated: November 7, 2025     Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790