**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE:   Brandon Gregory Beck | Case No. 25-51673-KMS |
| Melissa Anne Lee, Debtors | CHAPTER 13 |

## NOTICE OF FILING CHAPTER 13 PLAN AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

The above-named Debtors have filed a *Chapter 13 plan and Motions for Valuation and Lien Avoidance* (the "Plan") with the Bankruptcy Court in the above referenced case (see attachment).

Any objection to confirmation of the Plan or the motions contained therein shall be filed in writing with the Clerk of Court at Dan M. Russell, Jr., U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501, on or before January 5, 2026. Copies of the objection must be served on the Trustee, US Trustee, Debtors, and Attorney for Debtors.

Objections to confirmation will be heard and confirmation determined on January 20, 2026 at 01:30 PM in the William Colmer Federal Building, 701 N. Main Street, Hattiesburg, MS 39401, unless the court orders otherwise. If no objection is timely filed, the Plan may be confirmed without a hearing.

Date: November 13, 2025                 /s/ Thomas C. Rollins, Jr.
                                                              *Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Brandon Gregory Beck** |
| | Full Name (First, Middle, Last) |
| Debtor 2 | **Melissa Anne Lee** |
| (Spouse, if filing) | Full Name (First, Middle, Last) |
| United States Bankruptcy Court for the | **SOUTHERN DISTRICT OF MISSISSIPPI** |
| Case number: | |
| (If known) | |

☐ Check if this is an amended plan, and list below the sections of the plan that have been changed.

_____

# Chapter 13 Plan and Motions for Valuation and Lien Avoidance       12/17

## Part 1: Notices

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable. The treatment of ALL secured and priority debts must be provided for in this plan.

In the following notice to creditors, you must check each box that applies

**To Creditors:** Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I). The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015.**

The plan does not allow claims. Creditors must file a proof of claim to be paid under any plan that may be confirmed.

The following matters may be of particular importance. **Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☑ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4. | ☐ Included | ☑ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☐ Included | ☑ Not Included |

## Part 2: Plan Payments and Length of Plan

**2.1    Length of Plan.**

The plan period shall be for a period of __**60**__ months, not to be less than 36 months or less than 60 months for above median income debtor(s). If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2    Debtor(s) will make payments to the trustee as follows:**

Debtor shall pay __**$827.00**__ (☐ monthly, ☑ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the debtor's employer at the following address:

> **BrightSpec**
> **770 Harris St, Ste 104B**
> **Charlottesville VA 22903-0000**

| Debtor | **Brandon Gregory Beck** | Case number | |
| --- | --- | --- | --- |
| | **Melissa Anne Lee** | | |

Joint Debtor shall pay _____ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the joint debtor's employer at the following address:

**2.3   Income tax returns/refunds.**

*Check all that apply*

☑ Debtor(s) will retain any exempt income tax refunds received during the plan term.

☐ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all non-exempt income tax refunds received during the plan term.

☐ Debtor(s) will treat income refunds as follows:

**2.4 Additional payments.**
*Check one.*

☑ **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

## Part 3:   Treatment of Secured Claims

**3.1   Mortgages. (Except mortgages to be crammed down under 11 U.S.C. § 1322(c)(2) and identified in § 3.2 herein.).**

*Check all that apply.*

☐ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

**3.1(a)** ☑ **Principal Residence Mortgages:** All long term secured debt which is to be maintained and cured under the plan pursuant to 11 U.S.C. § 1322(b)(5) shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor, subject to the start date for the continuing monthly mortgage payment proposed herein.

**1**   Mtg pmts to   **Hope FCU**
Beginning **November 2025**   @   **$2,673.26**   ☐ Plan   ☑ Direct.   Includes escrow ☑ Yes ☐ No

**-NONE-**   Mtg arrears to _____ Through _____

**3.1(b)** ☐ **Non-Principal Residence Mortgages:** All long term secured debt which is to be maintained and cured under the plan pursuant to 11 U.S.C. § 1322(b)(5) shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor, subject to the start date for the continuing monthly mortgage payment proposed herein.

Property   **-NONE-**
address: _____
Mtg pmts to _____
Beginning   month _____   @ _____   Plan   Direct.   Includes escrow   Yes   No

Property **-NONE-**   Mtg arrears to _____ Through _____

**3.1(c)** ☐ **Mortgage claims to be paid in full over the plan term:** Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor.

Creditor:   **-NONE-**   Approx. amt. due: _____   Int. Rate*: _____
Property Address: _____
Principal Balance to be paid with interest at the rate above: _____
(as stated in Part 2 of the Mortgage Proof of Claim Attachment)
Portion of claim to be paid without interest: $ _____
(Equal to Total Debt less Principal Balance)

Special claim for taxes/insurance: $   **-NONE-**   /month, beginning   month .

Debtor **Brandon Gregory Beck** Case number
**Melissa Anne Lee**

(as stated in Part 4 of the Mortgage Proof of Claim Attachment)

\* Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District
*Insert additional claims as needed.*

**3.2** **Motion for valuation of security, payment of fully secured claims, and modification of undersecured claims.** *Check one.*.

☑ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

**3.3** **Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*
☐ **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*
☑ The claims listed below were either:

(1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or

(2) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value.

These claims will be paid in full under the plan with interest at the rate stated below. Unless otherwise ordered by the court, the claim amount stated on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) controls over any contrary amount listed below. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling.

| Name of Creditor | Collateral | Amount of claim | Interest rate* |
|---|---|---|---|
| Ally Financial, Inc | 2024 BMW X3 44247 miles Debtor drives and pays | $39,817.00 | 10.00% |
| Bridgecrest Acceptance | 2013 Mini Cooper Hard top 60000 miles | $12,788.00 | 10.00% |

\*Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District.

*Insert additional claims as needed.*

**3.4** **Motion to avoid lien pursuant to 11 U.S.C. § 522.**

*Check one.*
☑ **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5** **Surrender of collateral.**

*Check one.*
☐ **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*
☑ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 below.

| Name of Creditor | Collateral |
|---|---|
| Oak Grove Credit | Household Goods |
| Onemain | 2012 Cadillac SRX |
| Tower Loan | Household Goods |

*Insert additional claims as needed.*

---

| Part 4: | **Treatment of Fees and Priority Claims** |

**4.1** **General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2** **Trustee's fees**

**Mississippi Chapter 13 Plan** Page 3

| Debtor | **Brandon Gregory Beck** <br> **Melissa Anne Lee** | Case number | |
|---|---|---|---|

Trustee's fees are governed by statute and may change during the course of the case.

**4.3**     **Attorney's fees.**

☑ No look fee: **4,600.00**

| | |
|---|---|
| Total attorney fee charged: | $**4,600.00** |
| Attorney fee previously paid: | $**227.00** |
| Attorney fee to be paid in plan per confirmation order: | $**4,373.00** |

☐ Hourly fee: $____. (Subject to approval of Fee Application.)

**4.4**     **Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*
☑     **None**. If "None" is checked, the rest of § 4.4 need not be completed or reproduced.

**4.5**     **Domestic support obligations.**

☑     **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

## Part 5: Treatment of Nonpriority Unsecured Claims

**5.1**     **Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*

☑     The sum of $    **20,513.34**
☐     ____% of the total amount of these claims, an estimated payment of $____
☑     The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $**0.00**
Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2**     **Other separately classified nonpriority unsecured claims (special claimants).** *Check one.*

☑     **None.** If "None" is checked, the rest of § 5.3 need not be completed or reproduced.

## Part 6: Executory Contracts and Unexpired Leases

**6.1**     **The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one.*

☑     **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

## Part 7: Vesting of Property of the Estate

**7.1**     **Property of the estate will vest in the debtor(s) upon entry of discharge.**

## Part 8: Nonstandard Plan Provisions

**8.1**     **Check "None" or List Nonstandard Plan Provisions**
☑     **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

**Mississippi Chapter 13 Plan**            Page 4

| Debtor | **Brandon Gregory Beck** | Case number | |
|---|---|---|---|
| | **Melissa Anne Lee** | | |

| Part 9: | **Signatures:** |
|---|---|

**9.1 Signatures of Debtor(s) and Debtor(s)' Attorney**

*The Debtor(s) and attorney for the Debtor(s), if any, must sign below. If the Debtor(s) do not have an attorney, the Debtor(s) must provide their complete address and telephone number.*

| X | **/s/ Brandon Gregory Beck** | | X | **/s/ Melissa Anne Lee** |
|---|---|---|---|---|
| | **Brandon Gregory Beck** | | | **Melissa Anne Lee** |
| | Signature of Debtor 1 | | | Signature of Debtor 2 |

| | Executed on | **November 6, 2025** | | Executed on | **November 6, 2025** |
|---|---|---|---|---|---|

| | **3011 Magnolia Pl** | | **3011 Magnolia Pl** |
|---|---|---|---|
| | Address | | Address |
| | **Hattiesburg MS 39402-0000** | | **Hattiesburg MS 39402-0000** |
| | City, State, and Zip Code | | City, State, and Zip Code |

Telephone Number                           Telephone Number

| X | **/s/ Thomas C. Rollins, Jr.** | Date | **November 6, 2025** |
|---|---|---|---|
| | **Thomas C. Rollins, Jr. 103469** | | |
| | Signature of Attorney for Debtor(s) | | |
| | **P.O. Box 13767** | | |
| | **Jackson, MS 39236** | | |
| | Address, City, State, and Zip Code | | |
| | **601-500-5533** | | **103469 MS** |
| | Telephone Number | | MS Bar Number |
| | **trollins@therollinsfirm.com** | | |
| | Email Address | | |

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., attorney for the Debtors, do herby certify that by filing the attached Notice and Chapter 13 Plan, I have caused the following partied to be served electronically via ECF:

Case Trustee
Office of the US Trustee

I further certify that I have this day served a true and correct copy of the Notice and Chapter 13 Plan by US Mail, postage prepaid, to all other parties listed on the attached master mailing list (matrix).

Date: November 13, 2025  /s/ Thomas C. Rollins, Jr.
*Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

BRANDON GREGORY BECK
MELISSA ANNE LEE

CASE NO: 25-51673-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 11/13/2025, I did cause a copy of the following documents, described below,

Notice and Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/13/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>BRANDON GREGORY BECK<br>MELISSA ANNE LEE | CASE NO: 25-51673-KMS<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 11/13/2025, a copy of the following documents, described below,

Notice and Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/13/2025

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

```
 LABEL MATRIX FOR LOCAL NOTICING          ALLY CAPITAL  CO AIS PORTFOLIO SERVICES  LL    BRIDGECREST CREDIT COMPANY  LLC AS AGENT AND
NCRS ADDRESS DOWNLOAD                     4515 N SANTA FE AVE DEPT APS                   4515 N SANTA FE AVE DEPT APS
CASE 25-51673-KMS                         OKLAHOMA CITY  OK 73118-7901                   OKLAHOMA CITY  OK 73118-7901
SOUTHERN DISTRICT OF MISSISSIPPI
THU NOV 13 9-16-2 PST 2025



EXCLUDE

US BANKRUPTCY COURT                       ACIMA                                          AIDVANTAGE
DAN M RUSSELL  JR US COURTHOUSE           9815 S MONROE ST                               PO BOX 300001
2012 15TH STREET  SUITE 244               SANDY  UT 84070-4296                           GREENVILLE  TX 75403-3001
GULFPORT  MS 39501 2036




ALLY FINANCIAL  INC                       ASPIRE CREDIT CARD                             AVANT
ATTN BANKRUPTCY                           ATTN BANKRUPTCY                                222 NORTH LASALLE ST
PO BOX 380901                             PO BOX 105555                                  SUITE 1600
BLOOMINGTON  IL 55438-0901                ATLANTA  GA 30348-5555                         CHICAGO  IL 60601-1112




BRIDGECREST ACCEPTANCE                    CADENCE BANK                                   CAPITAL ONE
ATTN BANKRUPTCY                           818 HWY 12 W                                   ATTN BANKRUPTCY
PO BOX 53087 SUITE 100                    STARKVILLE  MS 39759-3595                      PO BOX 30285
PHOENIX  AZ 85072-3087                                                                   SALT LAKE CITY  UT 84130-0285




CENTRAL PORTFOLIO                         CONCORA CREDIT                                 (P)CONTINENTAL FINANCE COMPANY
10249 YELLOW CIR                          ATTN BANKRUPTCY                                PO BOX 3220
HOPKINS  MN 55343-9111                    PO BOX 4477                                    BUFFALO NY 14240-3220
                                          BEAVERTON  OR 97076-4401




CREDIT ONE BANK                           ECOMMISSION                                    FAST FUND LENDING
ATTN BANKRUPTCY DEPT                      11612 BEE CAVES RD                             PO BOX 70
6801 CIMARRON RD                          BLDG 11 STE 200                                SOLON  IA 52333-0070
LAS VEGAS  NV 89113-2273                  AUSTIN  TX 78738-5409




                                          EXCLUDE

FIRST DIGITAL CARD                        (U)FIRST PREMIER BANK                          FIRST PREMIER BANK
ATTN BANKRUPTCY                                                                          3820 N LOUISE AVE
PO BOX 85650                                                                             SIOUX FALLS  SD 57107-0145
SIOUX FALLS  SD 57118-5650




GENESIS FS CARD SERV                      GIGGLE FINANCE                                 HATTIESBURG CLINIC
ATTN BANKRUPTCY                           3250 NE 1ST AVE                                PO BOX 3488
PO BOX 4477                               UNIT 305                                       TUPELO  MS 38803-3488
BEAVERTON  OR 97076-4401                  MIAMI  FL 33137-4295




                                                                                         EXCLUDE

(P)DOVENMUEHLE MORTGAGE                   IMAGINE CREDIT                                 (U)KINUM INC
1 CORPORATE DRIVE SUITE 360               ATTN BANKRUPTCY
LAKE ZURICH IL 60047-8945                 PO BOX 105824
                                          ATLANTA  GA 30348-5824
```

```
KINUM  INC                                LVNV FUNDING LLC                          LVNV FUNDING  LLC
8200 HAVERSTICK RD  ST                    ATTN BANKRUPT                             RESURGENT CAPITAL SERVICES
INDIANAPOLIS   IN 46240-4392              PO BOX 1269                               PO BOX 10587
                                          GREENVILLE  SC 29602-1269                 GREENVILLE  SC 29603-0587




LAURA MCKENZIE                            ML ENTERPRISE                             MONEYLION  INC
111 PINE LN                               245 W 17TH ST                             ATTN  BANKRUPTCY DEPT
HATTIESBURG  MS 39402-9267                NEW YORK  NY 10011-5372                   PO BOX 1547
                                                                                    SANDY  UT 84091-1547




NELNET                                    (P)OAK GROVE CREDIT                       ONEMAIN
PO BOX 82561                              ATTN OAK GROVE CREDIT                     PO BOX 1010
LINCOLN  NE 68501-2561                    5266 OLD HWY 11 STE 130                   EVANSVILLE  IN 47706-1010
                                          HATTIESBURG MS 39402-7820




(P)POST LAKE LENDING INC                  (P)SEZZLE INC                             (P)SPARROW FINANCIAL
PO BOX 368                                BANKRUPTCY DEPARTMENT                     9450 SW GEMINI DR
CRANDON WI 54520-0368                     700 NICOLLET MALL                         87446
                                          STE 640                                   BEAVERTON OR 97008-7105
                                          MINNEAPOLIS MN 55402-2050




TOTAL VISA                                (P)TOWER LOAN                             TRIVERITY
PO BOX 89940                              P O BOX 320001                            26263 FOREST BLVD
SIOUX FALLS  SD 57109-6940                FLOWOOD MS 39232-0001                     WYOMING  MN 55092-8033




                                          EXCLUDE                                   EXCLUDE

(P)TRUSTMARK NATIONAL BANK                (D)(P)TRUSTMARK NATIONAL BANK             UNITED STATES TRUSTEE
P O BOX 291                               P O BOX 291                               501 EAST COURT STREET
JACKSON MS 39205-0291                     JACKSON MS 39205-0291                     SUITE 6-430
                                                                                    JACKSON  MS 39201-5022



                                          DEBTOR                                    EXCLUDE

WESLEY HEALTH SYSTEM  LLC DBA MERIT HEALTH W   BRANDON GREGORY BECK                 (P)DAVID RAWLINGS
CO DAVID L MENDELSON  ESQ                 3011 MAGNOLIA PL                          ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
MENDELSON LAW FIRM                        HATTIESBURG  MS 39402-2431                PO BOX 566
PO BOX 17235                                                                        HATTIESBURG MS 39403-0566
MEMPHIS  TN 38187-0235



                                          EXCLUDE

MELISSA ANNE LEE                          THOMAS CARL ROLLINS JR
3011 MAGNOLIA PL                          THE ROLLINS LAW FIRM  PLLC
HATTIESBURG  MS 39402-2431                PO BOX 13767
                                          JACKSON  MS 39236-3767
```