_____



**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: November 19, 2025**

_____
The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF:<br>  BRANDON GREGORY BECK<br>  MELISSA ANNE LEE<br>  3011 Magnolia Pl<br>  Hattiesburg, MS  39402 | CHAPTER 13 PROCEEDING<br>25-51673 KMS<br><br>SSN:  XXX-XX-6735 |

## RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

    BRIGHTSPEC
    attn: Payroll Dept
    770 HARRIS ST STE 104-B
    CHARLOTTESVILLE, VA  22903

was required to pay debtor's earnings or a portion thereof to:

    DAVID RAWLINGS, TRUSTEE
    LOCK P.O. BOX 871
    HATTIESBURG, MS  39403
    (601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net