_____



**SO ORDERED,**

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: November 19, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Brandon Gregory Beck                                    Case No. 25-51673-KMS
         Melissa Anne Lee, Debtors                                        CHAPTER 13

## ORDER ON MOTION TO DISMISS

On the Motion to Dismiss (Dk # 22) filed by the Debtors, the Court finds that the relief requested is appropriate under the facts and the law.

**IT IS THEREFORE ORDERED** that this case is hereby dismissed.

## END OF ORDER ##

Approved and Prepared by:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533