United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-51673-KMS
Brandon Gregory Beck  Chapter 13
Melissa Anne Lee
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 4
Date Rcvd: Nov 19, 2025      Form ID: ntcds13v      Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brandon Gregory Beck, Melissa Anne Lee, 3011 Magnolia Pl, Hattiesburg, MS 39402-2431 |
| 5586653 | + | Acima, 9815 S Monroe St, Sandy, UT 84070-4296 |
| 5586659 | + | Cadence Bank, 818 Hwy 12 W, Starkville, MS 39759-3595 |
| 5586665 | + | E-Commission, 11612 Bee Caves Rd., Bldg 11 Ste 200, Austin, TX 78738-5409 |
| 5586666 | + | Fast Fund Lending, PO Box 70, Solon, IA 52333-0070 |
| 5586962 | + | Kinum, Inc., 8200 Haverstick Rd, St, Indianapolis, IN 46240-4392 |
| 5586676 | + | Laura McKenzie, 111 Pine Ln, Hattiesburg, MS 39402-9267 |
| 5586678 | + | ML Enterprise, 245 W 17th St, New York, NY 10011-5372 |
| 5587586 | | Wesley Health System, LLC dba Merit Health Wesley, c/o David L. Mendelson, Esq., Mendelson Law Firm, P.O. Box 17235, Memphis, TN 38187-0235 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Nov 20 2025 00:33:00 | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Nov 20 2025 00:33:00 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Nov 19 2025 19:36:00 | Hope Federal Credit Union, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 5586654 | + | EDI: MAXMSAIDV | Nov 20 2025 00:33:00 | Aidvantage, Po Box 300001, Greenville, TX 75403-3001 |
| 5589573 | + | EDI: AISACG.COM | Nov 20 2025 00:33:00 | Ally Capital Department, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5586655 | + | EDI: GMACFS.COM | Nov 20 2025 00:33:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5586656 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 19 2025 19:36:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5586657 | + | Email/Text: bk@avant.com | Nov 19 2025 19:37:00 | Avant, 222 North Lasalle St, Suite 1600, Chicago, IL 60601-1112 |
| 5586658 | + | Email/Text: rm-bknotices@bridgecrest.com | Nov 19 2025 19:37:00 | Bridgecrest Acceptance, Attn: Bankruptcy, Po Box 53087 Suite 100, Phoenix, AZ 85072-3087 |
| 5589574 | + | EDI: AISACG.COM | Nov 20 2025 00:33:00 | Bridgecrest Credit Company, LLC as Agent and Servi, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| 5586663 | Email/Text: cfcbackoffice@contfinco.com | Nov 19 2025 19:36:00 | Continental Finance Co, Attn: Bankruptcy, Po.Box 3220, Buffalo, NY 12420 |
| 5586660 | + EDI: CAPITALONE.COM | Nov 20 2025 00:33:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5591558 | + EDI: AIS.COM | Nov 20 2025 00:39:00 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5590318 | + EDI: AISACG.COM | Nov 20 2025 00:33:00 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5586661 | + Email/Text: bnko@cpcrecovery.com | Nov 19 2025 19:37:00 | Central Portfolio, 10249 Yellow Cir, Hopkins, MN 55343-9111 |
| 5586662 | + EDI: PHINGENESIS | Nov 20 2025 00:39:00 | Concora Credit, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5586664 | + Email/PDF: creditonebknotifications@resurgent.com | Nov 19 2025 19:45:51 | Credit One Bank, Attn: Bankruptcy Dept, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5586673 | Email/Text: BKCourtNotices@yourmortgageonline.com | Nov 19 2025 19:36:00 | Hope FCU, 1 Corporate Dr, Lake Zurich, IL 60047 |
| 5586667 | ^ MEBN | Nov 19 2025 19:34:06 | First Digital Card, Attn: Bankruptcy, Po Box 85650, Sioux Falls, SD 57118-5650 |
| 5586668 | + EDI: AMINFOFP.COM | Nov 20 2025 00:33:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5586670 | + EDI: PHINGENESIS | Nov 20 2025 00:39:00 | Genesis FS Card Serv, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5586671 | ^ MEBN | Nov 19 2025 19:34:34 | Giggle Finance, 3250 NE 1st Ave, Unit 305, Miami, FL 33137-4295 |
| 5586672 | Email/Text: kristie.pope@hattiesburgclinic.com | Nov 19 2025 19:37:00 | Hattiesburg Clinic, P.O. Box 3488, Tupelo, MS 38803-3488 |
| 5586674 | + Email/Text: bankruptcy@webbank.com | Nov 19 2025 19:36:00 | Imagine Credit, Attn: Bankruptcy, Po Box 105824, Atlanta, GA 30348-5824 |
| 5589936 | + Email/Text: BankruptcyECFMail@mccalla.com | Nov 19 2025 19:36:00 | Karen A. Maxcy, Esq., McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 5586677 | + Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2025 19:45:51 | LVNV Funding LLC, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 5588450 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2025 19:45:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5586679 | + Email/Text: bankruptcy@moneylion.com | Nov 19 2025 19:37:00 | MoneyLion, Inc, Attn: Bankruptcy Dept, P.O. Box 1547, Sandy, UT 84091-1547 |
| 5586680 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 19 2025 19:36:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5586681 | Email/Text: caseyof2@yahoo.com | Nov 19 2025 19:36:00 | Oak Grove Credit, 5266 Old Hwy 11, Ste 130, Hattiesburg, MS 39402 |
| 5586682 | + EDI: AGFINANCE.COM | Nov 20 2025 00:33:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5586683 | Email/Text: notice@postlakelending.com | Nov 19 2025 19:36:00 | Post Lake Lending, PO Box 368, Crandon, WI 54520 |
| 5586684 | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Nov 19 2025 19:36:00 | Sezzle, Attn: Bankruptcy, 700 Nicollet Mall, Suite 640, Minneapolis, MN 55402 |
| 5586685 | Email/Text: hello@sparrowcard.com | Nov 19 2025 19:36:00 | Sparrow Financial Inc, 9450 Sw Gemini Drive, Beaverton, OR 97008 |
| 5586687 | Email/Text: bankruptcy@towerloan.com | | |

| District/off: 0538-6 | User: mssbad | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 19, 2025 | Form ID: ntcds13v | Total Noticed: 49 |

|  |  |  | Nov 19 2025 19:36:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
|---|---|---|---|---|
| 5586689 |  | Email/Text: bankruptcynotices@trustmark.com | Nov 19 2025 19:36:00 | Trustmark, P O Box 291, Jackson, MS 39205 |
| 5588448 |  | Email/Text: bankruptcynotices@trustmark.com | Nov 19 2025 19:36:00 | Trustmark Bank, PO Box 291, Jackson, MS 39205 |
| 5586686 | + | EDI: TCISOLUTIONS.COM | Nov 20 2025 00:33:00 | Total Visa, P.O. Box 89940, Sioux Falls, SD 57109-6940 |
| 5586688 | ^ | MEBN | Nov 19 2025 19:34:12 | Triverity, 26263 Forest Blvd, Wyoming, MN 55092-8033 |
| 5589747 | + | Email/Text: FSBank@franklinservice.com | Nov 19 2025 19:36:00 | Womens Pavilion of South MS, c/o Franklin Service Inc, Po Box 3910, Tupelo, MS 38803-3910 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5586669 |  | First Premier Bank |
| 5586675 |  | Kinum Inc |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 21, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Karen A. Maxcy | on behalf of Creditor Hope Federal Credit Union karen.maxcy@mccalla.com BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Melissa Anne Lee trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Brandon Gregory Beck trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-6 User: mssbad Page 4 of 4
Date Rcvd: Nov 19, 2025 Form ID: ntcds13v Total Noticed: 49
TOTAL: 5

Form ntcds13v (12/23)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 25−51673−KMS
Chapter: 13

In re:

| | |
|---|---|
| Brandon Gregory Beck<br>3011 Magnolia Pl<br>Hattiesburg, MS 39402 | Melissa Anne Lee<br>aka Melissa Lee, aka Melissa Beck<br>3011 Magnolia Pl<br>Hattiesburg, MS 39402 |

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
xxx−xx−6735                                             xxx−xx−7251

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that on November 18, 2025, <u>Brandon Gregory Beck and Melissa Anne Lee</u> (the "Debtors") filed a Motion to Dismiss the above case pursuant to 11 U.S.C. § 1307(b) (the "Motion") (Dkt. # 22). On November 19, 2025, the court entered an *ex parte* order (Dkt. # 24) granting the Debtors' Motion.

Pursuant to Miss. Bankr. L.R. 1017−1(f)(2)(C) any party in interest may file an objection to the Debtors' Motion within 14 days of entry of the order. Upon consideration of any objection timely filed, the court may, at its discretion, conduct a hearing or rule on the matter without a hearing.

Dated: 11/19/25                                             Danny L. Miller, Clerk of Court
                                                            Dan M. Russell, Jr. U.S. Courthouse
                                                            2012 15th Street, Suite 244
                                                            Gulfport, MS 39501
                                                            228−563−1790